


**Entered on Docket**
**August 31, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing LP
09-74798

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>Jason M. Decosta and Christie L. Decosta<br><br>Debtor(s). | BK-S-09-21534-lbr<br><br>Date: 8/12/09<br>Time: 10:00am<br><br>Chapter 7 |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Litton Loan Servicing LP, its assignees and/or successors in interest, of the subject property, generally described as 3802 Westwood Road, Orlando, FL 32808.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of ______________2009

Submitted by:
**WILDE & ASSOCIATES**

By K. Sabot #10235
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

______________________________
Eric C. Severino
430 W. First Street
Suite 101
Tempe, AZ 85281
Attorney for Debtor(s)

APPROVED / DISAPPROVED

______________________________
James F. Lisowski, Sr.
P.O Box 95695
Las Vegas, NV 89193
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

_____ approved the form of this order _____ disapproved the form of this order

_____ waived the right to review the order and/or _X_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order _____ disapproved the form of this order

_____ waived the right to review the order and/or _X_ failed to respond to the document

Other Party:________________

____ approved the form of this order _____ disapproved the form of this order

_____ waived the right to review the order and/or _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
_/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor